# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CARL HUGHES, ELLEN HUGHES, BRUCE HUGHES AND MARGARET HUGHES, | : | No. 391 MAL 2017 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| UGI STORAGE COMPANY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.